UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:17-cr-83-LRH-VPC |
| Plaintiff, ) | |
| ) | MINUTES OF THE COURT |
| vs. ) | |
| ) | DATED: May 21, 2018 |
| BRYSON JOHN, ) | |
| Defendant. ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk:   Dionna Negrete            Reporter:   Donna Davidson
U.S. Attorney:   Megan Rachow, AUSA   Counsel for Defendants: Kate Berry and Lauren Gorman AFPD

MINUTES OF PROCEEDINGS:

1:34 p.m. Court convenes. The defendant is present on bond. Counsel are present. Ms. Berry invokes the Rule of Exclusion.

Floyd Davey, previously with Carlin Police Department, is called on behalf of the Government, is sworn and testifies on direct examination by Ms. Rachow. Government's Exhibits 1 and 2 are offered; no objection; Government's Exhibits 1 and 2 are admitted. Cross examination by Ms. Gorman. Defendant's Exhibit 506 is offered; no objection; Defendant's Exhibit 506 is admitted. Re-Direct examination by Ms. Rachow. Witness is excused.

Dennis Fobes, Carlin Chief of Police, is called on behalf of the Government, is sworn and testifies on direct examination by Ms. Rachow. Government's Exhibit 3 is offered; no objection; Government's Exhibit 3 is admitted. Cross examination by Ms. Berry. Defendant's Exhibits 504 is offered; no objection; Defendant's Exhibit 504 is admitted. Re-direct by Ms. Rachow. Re-cross by Ms. Berry. Witness is excused.

Government rests.
Defense rests.

Counsel present their respective arguments. Ms. Berry further requests admittance of Defendant's exhibits 502, 508, and 509; no objection; Defendant's Exhibits 502, 508, and 509 are admitted.

USA v. Bryson John
3:17-cr-83-LRH-VPC
Evidentiary Hearing
May 21, 2018
Page 2
_____/

IT IS ORDERED that defendant's Motion to Supress (*Evidentiary Hearing Requested*) [ECF No. 19] is denied. The Court places findings on the record.

2:58 p.m. Court adjourns.

                                                      DEBRA K. KEMPI, CLERK


                                      By:    <u>D. NEGRETE</u>
                                                  Deputy Clerk